# United States Court of Appeals
## For the First Circuit

---

### DOCKETING STATEMENT

**No.** 25-1428   **Short Title:** Woonasquatucket v. USDA

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
   1. Date of entry of judgment or order appealed from April 15, 2025
   2. Date this notice of appeal filed April 30, 2025
      If cross appeal, date first notice of appeal filed _____
   3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
   4. Date of entry of order deciding above post-judgment motion _____
   5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
      Time extended to _____

B. Finality of Order or Judgment
   1. Is the order or judgment appealed from a final decision on the merits?  [ ] Yes  [✓] No
   2. If no,
      a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes  [✓] No
         If yes, explain _____
      b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [✓] Yes  [ ] No
         If yes, explain Order granting preliminary injunction, see 28 U.S.C. 1292(a)(1)

C. Has this case previously been appealed?  [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [✓] Yes  [ ] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E. Were there any in-court proceedings below?  ☑ Yes  ☐ No
   If yes, is a transcript necessary for this appeal?  ☑ Yes  ☐ No
   If yes, is transcript already on file with district court?  ☑ Yes  ☐ No

F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party _see attached_____
      Attorney_____
      Address_____
      Telephone_____

   2. Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

   3. Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name _see attached_____
      Address_____
      Telephone_____

      Attorney's name_____
      Firm_____
      Address_____
      Telephone_____

   2. Appellant's name_____
      Address_____
      Telephone_____

      Attorney's name_____
      Firm_____
      Address_____
      Telephone_____

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.)  ☑ Yes  ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Brian J. Springer
Date  05/12/25

**D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?**

Yes, related issues are presented in *New York v. Trump*, Nos. 25-1236, 25-1413 (1st Cir.) (opening brief due May 27, 2025).

**F. List each adverse party to the appeal. If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.**

1. Adverse party: Woonasquatucket River Watershed Council

Attorneys: Amato A. DeLuca, Katelyn M. Revens, Miriam Weizenbaum (DeLuca, Weizenbaum, Barry & Revens, Ltd.); Jessica Anne Morton, Kevin E. Friedl, Robin F. Thurston, Skye L. Perryman (Democracy Forward Foundation)

Address: 199 North Main Street, Providence, RI 02903; P.O. Box 34553, Washington, DC 20043

Telephone: 401-453-1500; 202-448-9090

2. Adverse party: Eastern Rhode Island Conservation District

Attorneys: Amato A. DeLuca, Katelyn M. Revens, Miriam Weizenbaum (DeLuca, Weizenbaum, Barry & Revens, Ltd.); Jessica Anne Morton, Kevin E. Friedl, Robin F. Thurston, Skye L. Perryman (Democracy Forward Foundation)

Address: 199 North Main Street, Providence, RI 02903; P.O. Box 34553, Washington, DC 20043

Telephone: 401-453-1500; 202-448-9090

3. Adverse party: Green Infrastructure Center

Attorneys: Amato A. DeLuca, Katelyn M. Revens, Miriam Weizenbaum (DeLuca, Weizenbaum, Barry & Revens, Ltd.); Jessica Anne Morton, Kevin E. Friedl, Robin F. Thurston, Skye L. Perryman (Democracy Forward Foundation)

Address: 199 North Main Street, Providence, RI 02903; P.O. Box 34553, Washington, DC 20043

Telephone: 401-453-1500; 202-448-9090


4. Adverse party: National Council of Nonprofits

Attorneys: Amato A. DeLuca, Katelyn M. Revens, Miriam Weizenbaum (DeLuca, Weizenbaum, Barry & Revens, Ltd.); Jessica Anne Morton, Kevin E. Friedl, Robin F. Thurston, Skye L. Perryman (Democracy Forward Foundation)

Address: 199 North Main Street, Providence, RI 02903; P.O. Box 34553, Washington, DC 20043

Telephone: 401-453-1500; 202-448-9090


5. Adverse party: Childhood Lead Action Project

Attorneys: Amato A. DeLuca, Katelyn M. Revens, Miriam Weizenbaum (DeLuca, Weizenbaum, Barry & Revens, Ltd.); Jessica Anne Morton, Kevin E. Friedl, Robin F. Thurston, Skye L. Perryman (Democracy Forward Foundation)

Address: 199 North Main Street, Providence, RI 02903; P.O. Box 34553, Washington, DC 20043

Telephone: 401-453-1500; 202-448-9090


6. Adverse party: Codman Square Neighborhood Development Corporation

Attorneys: Amato A. DeLuca, Katelyn M. Revens, Miriam Weizenbaum (DeLuca, Weizenbaum, Barry & Revens, Ltd.); Jessica Anne Morton, Kevin E. Friedl, Robin F. Thurston, Skye L. Perryman (Democracy Forward Foundation)

Address: 199 North Main Street, Providence, RI 02903; P.O. Box 34553, Washington, DC 20043

Telephone: 401-453-1500; 202-448-9090

**G. List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.**

1. Appellant's name: U.S. Department of Agriculture; Secretary of Agriculture

Address: 1400 Independence Avenue SW, Washington, DC 20250

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW, Washington, DC 20530

Telephone: 202-616-5446

2. Appellant's name: U.S. Department of Energy; Secretary of Energy

Address: 1000 Independence Avenue SW, Washington, DC 20585

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW, Washington, DC 20530

Telephone: 202-616-5446

3. Appellant's name: U.S. Department of the Interior; Secretary of the Interior

Address: 1849 C Street NW, Washington, DC 20240

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW, Washington, DC 20530

Telephone: 202-616-5446

4. Appellant's name: Environmental Protection Agency; Administrator of the Environmental Protection Agency

Address: 1200 Pennsylvania Avenue NW, Washington, DC 20460

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW, Washington, DC 20530

Telephone: 202-616-5446

5. Appellant's name: U.S. Office of Management and Budget; Director of the Office of Management and Budget

Address: 727 17th Street NW, Washington, DC 20503

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW, Washington, DC 20530

Telephone: 202-616-5446

6. Appellant's name: Director of the National Economic Council

Address: 1650 17th St NW, Washington, DC 20006

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW, Washington, DC 20530

Telephone: 202-616-5446

7. Appellant's name: U.S. Department of Housing and Urban Development; Secretary of Housing and Urban Development

Address: 451 7th Street SW, Washington, DC 20410

Attorneys' Names: Daniel Tenny; Sean R. Janda; Brian J. Springer

Firm: U.S. Department of Justice, Civil Division, Appellate Staff

Address: 950 Pennsylvania Avenue NW, Washington, DC 20530

Telephone: 202-616-5446