# United States Court of Appeals
## For the First Circuit

No. 25-1428

WOONASQUATUCKET RIVER WATERSHED COUNCIL; EASTERN RHODE ISLAND CONSERVATION DISTRICT; GREEN INFRASTRUCTURE CENTER; NATIONAL COUNCIL OF NONPROFITS; CHILDHOOD LEAD ACTION PROJECT; CODMAN SQUARE NEIGHBORHOOD DEVELOPMENT CORPORATION,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in their official capacity as Secretary of Agriculture; U.S. DEPARTMENT OF ENERGY; CHRIS WRIGHT, in their official capacity as Secretary of Energy; U.S. DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in their official capacity as Secretary of the Interior; U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in their official capacity as Administrator of the Environmental Protection Agency; U.S. OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in their official capacity as Director of the Office of Management and Budget; KEVIN HASSETT, in their official capacity as Director of the National Economic Council; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in their official capacity as Secretary of Housing and Urban Development,

Defendants - Appellants.

### ORDER OF COURT

Entered: June 16, 2025

Defendants-Appellants' "Motion to Hold Appeal in Abeyance" is <u>denied</u>. Briefing in this matter will proceed on the schedule previously entered. To the extent necessary and appropriate, the ultimate merits panel(s) will coordinate resolution of relevant appeals.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Lauren S. Zurier, Daniel Tenny, Brian James Springer, Kevin Love Hubbard, Sean Janda, Amato A. DeLuca, Miriam Weizenbaum, Katelyn M. Revens, Kevin E. Friedl, Jessica Anne Morton, Robin F. Thurston