IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| WOONASQUATUCKET RIVER WATERSHED COUNCIL, et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>U.S. DEPARTMENT OF AGRICULTURE, et al.,<br><br>Defendants-Appellants. | No. 25-1428 |

**UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME
TO FILE OPENING BRIEF AND APPENDIX**

Pursuant to Federal Rule of Appellate Procedure 27, the government respectfully moves for a 30-day extension of time, to and including August 6, 2025, in which to file its opening brief and appendix. This motion is unopposed.

1. In this case, plaintiffs allege that the agency defendants unlawfully paused funds appropriated under the Inflation Reduction Act and the Infrastructure Improvement and Jobs Act. The district court's preliminary injunction prevents the agency defendants from "freezing, halting, or pausing on a non-individualized basis the processing and payment of funding that (1) was appropriated under the Inflation Reduction Act or the Infrastructure Investment and Jobs Act and (2) has already been awarded." Dkt. No. 45, at 61. The court further ordered the agency defendants to "take immediate steps to resume the processing, disbursement, and payment of already-awarded funding appropriated under the Inflation Reduction Act or the

Infrastructure Investment and Jobs Act, and to release awarded funds previously withheld or rendered inaccessible." *Id.*

2. The government moved to hold this appeal in abeyance pending resolution of the related appeals in *New York v. Trump*, Nos. 25-1236, 25-1413 (1st Cir.). This Court denied that motion on June 16, 2025.

3. The government's opening brief and appendix are currently due July 7, 2025. The government has not previously requested an extension.

4. The government respectfully requests a 30-day extension of time, to and including August 6, 2025, in which to file its opening brief and appendix. The requested extension is necessary in light of government counsel's other appellate deadlines. Brian J. Springer and Sean R. Janda have principal responsibility for preparing the government's opening brief and appendix. Mr. Springer also has responsibility for the following matters with upcoming deadlines: *Global Health Council v. Trump*, Nos. 25-5097, 25-5098 (D.C. Cir.) (on expedited schedule, reply brief due June 18, 2025); *National Council of Nonprofits v. Office of Management and Budget*, No. 25-5148 (D.C. Cir.) (opening brief due July 22, 2025); *U.S. Sportsmen's Alliance v. Centers for Disease Control and Prevention*, No. 25-1473 (6th Cir.) (response brief due August 7, 2025). Mr. Janda also has responsibility for the following matters with upcoming deadlines: *Global Health Council v. Trump*, Nos. 25-5097, 25-5098 (D.C. Cir.) (on expedited schedule, reply brief due June 18, 2025); *Sustainability Institute v. Trump*, No. 25-1575 (4th Cir.) (on expedited scheduled, opening brief due June 20, 2025; response

2

to petition for rehearing of stay panel decision due June 23, 2025); *Gun Owners of America v. Department of Justice*, No. 24-1881 (6th Cir.) (response brief due June 23, 2025); *Arizona Alliance for Retired Americans v. Mayes*, No. 22-16490 (9th Cir.) (en banc) (oral argument scheduled June 25, 2025); *Global Health Council v. Trump*, Nos. 25-5097, 25-5098 (D.C. Cir.) (on expedited schedule, oral argument scheduled July 7, 2025); *National Council of Nonprofits v. Office of Management and Budget*, No. 25-5148 (D.C. Cir.) (opening brief due July 22, 2025).

Daniel Tenny has supervisory responsibility for the government's opening brief in this case. Mr. Tenny also has supervisory responsibility for the following matters with recent and upcoming deadlines: *RJ Reynolds Tobacco Co. v. Food and Drug Administration*, No. 25-40137 (5th Cir.) (opening brief due June 17, 2025); *Global Health Council v. Trump*, Nos. 25-5097, 25-5098 (D.C. Cir.) (on expedited schedule, reply brief due June 18, 2025); *Sustainability Institute v. Trump*, No. 25-1575 (4th Cir.) (on expedited scheduled, opening brief due June 20, 2025; response to petition for rehearing of stay panel decision due June 23, 2025); *La Union Del Pueblo Entero v. Federal Emergency Management Agency*, No. 24-40756 (5th Cir.) (response brief due June 23, 2025); *Arizona Alliance for Retired Americans v. Mayes*, No. 22-16490 (9th Cir.) (en banc) (oral argument scheduled June 25, 2025); *Music Choice v. Copyright Royalty Board*, No. 25-1039 (D.C. Cir.) (response brief due July 2, 2025); *Global Health Council v. Trump*, Nos. 25-5097, 25-5098 (D.C. Cir.) (on expedited schedule, oral argument scheduled July 7, 2025); *Battieste v. United States*, No. 25-60111 (5th Cir.) (response brief due July 11, 2025);

*National Council of Nonprofits v. Office of Management and Budget*, No. 25-5148 (D.C. Cir.) (opening brief due July 22, 2025); *Alaska Community Action on Toxics v. Food and Drug Administration*, No. 24-1382 (D.C. Cir.) (response brief due July 25, 2025); *Vanda Pharmaceuticals Inc. v. Food and Drug Administration*, No. 25-1105 (D.C. Cir.) (response brief due August 8, 2025).

    5.  Counsel for plaintiffs has authorized us to state that this motion is unopposed.

                                    Respectfully submitted,

                                    DANIEL TENNY
                                  SEAN R. JANDA

                                */s/ Brian J. Springer*
                                BRIAN J. SPRINGER
                                (202) 616-5446
                                  Attorneys, Appellate Staff
                                  Civil Division
                                  U.S. Department of Justice
                                  950 Pennsylvania Ave., N.W.
                                  Washington, D.C. 20530

JUNE 2025

# CERTIFICATE OF COMPLIANCE

This motion complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 748 words. This motion also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in Garamond 14-point font, a proportionally spaced typeface.

                                                    */s/ Brian J. Springer*
                                                    Brian J. Springer

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2025, I electronically filed the foregoing motion with the Clerk of the Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system.  Participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

                                                */s/ Brian J. Springer*
                                                Brian J. Springer