# United States Court of Appeals
## For the First Circuit

No. 25-1428

WOONASQUATUCKET RIVER WATERSHED COUNCIL; EASTERN RHODE ISLAND CONSERVATION DISTRICT; GREEN INFRASTRUCTURE CENTER; NATIONAL COUNCIL OF NONPROFITS; CHILDHOOD LEAD ACTION PROJECT; CODMAN SQUARE NEIGHBORHOOD DEVELOPMENT CORPORATION,

Plaintiffs - Appellees,

v.

U.S. DEPARTMENT OF AGRICULTURE; BROOKE ROLLINS, in their official capacity as Secretary of Agriculture; U.S. DEPARTMENT OF ENERGY; CHRIS WRIGHT, in their official capacity as Secretary of Energy; U.S. DEPARTMENT OF THE INTERIOR; DOUG BURGUM, in their official capacity as Secretary of the Interior; U.S. ENVIRONMENTAL PROTECTION AGENCY; LEE ZELDIN, in their official capacity as Administrator of the Environmental Protection Agency; U.S. OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in their official capacity as Director of the Office of Management and Budget; KEVIN HASSETT, in their official capacity as Director of the National Economic Council; U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT; SCOTT TURNER, in their official capacity as Secretary of Housing and Urban Development,

Defendants - Appellants.

### ORDER OF COURT

Entered: June 20, 2025
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of motion, it is ordered that the time for Appellants Douglas James Burgum, Environmental Protection Agency, Kevin Allen Hassett, Brooke L. Rollins, Scott Turner, US Dept of Agriculture, US Dept of Energy, US Dept of Housing & Urban Development, US Dept of the Interior, US Office of Management and Budget, Russell Thurlow Vought, Christopher Allen Wright and Lee M. Zeldin to file a brief and appendix be enlarged to and including **August 6, 2025**.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Amato A. DeLuca
Kevin E. Friedl
Kevin Love Hubbard
Sean Janda
Jessica Anne Morton
Katelyn M. Revens
Brian James Springer
Daniel Tenny
Robin F. Thurston
Miriam Weizenbaum
Lauren S. Zurier