IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

WOONASQUATUCKET RIVER WATERSHED
COUNCIL, et al.,

　　　　　Plaintiffs-Appellees,

　　　　　　　　v.

U.S. DEPARTMENT OF AGRICULTURE, et al.,

　　　　　Defendants-Appellants.

No. 25-1428

**REPLY IN SUPPORT OF MOTION FOR A STAY OF BRIEFING
SCHEDULE IN LIGHT OF LAPSE IN APPROPRIATIONS**

　　　This Court should grant the Government's motion to stay the briefing schedule
in light of the lapse in appropriations to the Department of Justice.  It is customary
for the Government to seek stays when there are lapses in appropriations given the
prohibitions on work by Department attorneys that apply for the duration of the
lapse.  *See* 31 U.S.C. § 1342.  Although plaintiffs note that this Court has indicated that
"filing dates will not be automatically extended," Opp. 3 (quotation marks omitted),
plaintiffs fail to mention that this Court has also indicated that it "will consider
requests for continuances or extensions of time," U.S. Court of Appeals for the First
Circuit, *Operations During a Government Shutdown*, https://www.ca1.uscourts.gov (last
visited Oct. 8, 2025).  During the pendency of any stay, the district court's preliminary
injunction would protect plaintiffs from any continuing harms allegedly stemming
from the challenged actions in this case.

At a minimum, this Court should grant a 14-day extension of the reply brief deadline. Plaintiffs filed their response brief on September 26, 2025. The government's reply brief is currently due on October 17, 2025. A 14-day extension to and including October 31, 2025, is warranted because the Government would have requested such an extension even in the absence of a lapse in appropriations due to government counsel's other appellate matters and planned travel.

Sean R. Janda and Brian J. Springer have principal responsibility for preparing the government's reply brief. Mr. Janda also has responsibility for the following matters that entailed work before the lapse in appropriations or excepted work after the lapse in appropriations: *Diegelmann v. Bessent*, No. 24-5277 (D.C. Cir.) (oral argument held Oct. 1, 2025); *Servier Pharmaceuticals v. Kennedy*, No. 25-5054 (D.C. Cir.) (response brief filed Oct. 2, 2025); *National Coalition for Men v. Selective Service System*, No. 24-7746 (9th Cir.) (oral argument scheduled Oct. 10, 2025); *Amica Center v. Department of Justice*, No. 25-5254 (D.C. Cir.) (oral argument scheduled Oct. 14, 2025); *Sustainability Institute v. Trump*, No. 25-1575 (4th Cir.) (oral argument scheduled Oct. 23, 2025, with a motion to postpone in light of the lapse in appropriations pending); *Gun Owners of America v. Department of Justice*, No. 24-1881 (6th Cir.) (oral argument scheduled Oct. 27, 2025). Mr. Springer also has responsibility for the following matters that entailed work before the lapse in appropriations or excepted work after the lapse in appropriations: *Neurelis Inc. v. Makary*, No. 25-5125 (D.C. Cir.) (opening brief due Oct. 6, 2025, before the court granted a stay of briefing deadlines); *Mahoney*

*v. U.S. Capitol Police Board*, No. 24-5207 (D.C. Cir.) (oral argument held Oct. 7, 2025);

*Vera Institute of Justice v. Department of Justice*, No. 25-5248 (D.C. Cir.) (oral argument

scheduled Oct. 14, 2025).  In addition, Mr. Springer has prearranged cross-country

travel from October 14, 2025, to October 25, 2025, to attend a family wedding.

The Government respectfully seeks a stay of the briefing schedule in this case

until Department of Justice attorneys are permitted to resume their usual civil

litigation functions or, in the alternative, a 14-day extension of the reply brief deadline.

Respectfully submitted,

DANIEL TENNY
SEAN R. JANDA

*/s/ Brian J. Springer*
BRIAN J. SPRINGER
(202) 616-5446
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Washington, D.C. 20530

OCTOBER 2025

## CERTIFICATE OF COMPLIANCE

This reply complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(C) because it contains 528 words. This reply also complies with the typeface and type-style requirements of Federal Rules of Appellate Procedure 27(d)(1)(E) and 32(a)(5)-(6) because it was prepared using Microsoft Word 2016 in Garamond 14-point font, a proportionally spaced typeface.

*/s/ Brian J. Springer*
Brian J. Springer

**CERTIFICATE OF SERVICE**

I hereby certify that on October 8, 2025, I electronically filed the foregoing

reply with the Clerk of the Court for the United States Court of Appeals for the First

Circuit by using the appellate CM/ECF system. Participants in the case are registered

CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Brian J. Springer*
Brian J. Springer