

**U.S. Department of Justice**
Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 514-3388

October 21, 2025

**Via CM/ECF**

Anastasia Dubrovsky, Clerk of Court
U.S. Court of Appeals for the First Circuit
Office of the Clerk
1 Courthouse Way, Suite 2500
Boston, MA 02210

> RE:  *Woonasquatucket River Watershed Council, et al. v. USDA, et al.*,
>  No. 25-1428 (not scheduled for oral argument)

Dear Ms. Dubrovsky:

We write in response to plaintiffs' "Notice re Completion of Briefing," which asserts that this Court should treat this appeal as "fully briefed" and should "refer it for screening and calendaring" even though the government has not yet filed its reply brief.

Plaintiffs filed their response brief on September 26, 2025; the government's reply brief was originally due on October 17, 2025. As of the end of the day on September 30, however, appropriations to the Department of Justice lapsed. In light of that lapse in appropriations, the government filed a motion on October 3, 2025, seeking a stay of the briefing schedule. In the alternative, the government has requested a 14-day extension of the reply brief deadline in light of the press of other business. The government's requests remain pending with the Court.

On October 15, the Clerk's Office informed the government that it should treat the reply brief deadline as tolled so long as the government's request for a stay or extension remained pending. For that reason—and given the restrictions on government attorneys' performing work during a lapse in appropriations— the government did not file its reply brief on October 17. The government's understanding is that the deadline remains tolled and that the appeal is thus not fully briefed or ready for screening and calendaring.

Sincerely,

Daniel Tenny

*/s/ Sean R. Janda*
Sean R. Janda
Brian J. Springer

cc:     All counsel (via CM/ECF)