

**U.S. Department of Justice**

Civil Division, Appellate Staff
950 Pennsylvania Ave. NW
Washington, DC 20530

Tel: (202) 616-5446

November 13, 2025

**Via CM/ECF**

Anastasia Dubrovsky, Clerk of Court
U.S. Court of Appeals for the First Circuit
1 Courthouse Way, Suite 2500
Boston, MA 02210

      RE:   *Woonasquatucket River Watershed Council, et al. v. USDA, et al.*,
             No. 25-1428 (not scheduled for oral argument)

Dear Ms. Dubrovsky:

      On October 24, 2025, this Court granted the government's motion for a stay of the briefing schedule in light of the lapse in appropriations. This Court ordered the government to provide notice when Department of Justice attorneys resume their usual civil litigation functions. This letter provides notice that on November 12, 2025, the President signed into law a new appropriations act that funds the Department and authorizes Department attorneys to resume their normal litigation functions.

      Although this Court's October 24 order indicated that "[a]ny reply brief will be due 14 days after this court has entered an order lifting the stay," the government respectfully requests that the Court reset the reply brief deadline to December 19, 2025. Plaintiffs do not oppose this request.

      Upon returning to their regular litigation activities, Department attorneys face not only the litigation deadlines that ordinarily would have required immediate work, but also a backlog of court deadlines that have accumulated over the six weeks during which appropriations had lapsed, as well as the internal tasks on which Department attorneys were prohibited from working during the lapse of appropriations. In particular, the Civil Division, Appellate Staff currently has approximately 74 briefs due in the month of December and approximately 23 oral arguments scheduled in the first two weeks of December. An extension is

also warranted in light of the other matters currently being handled by the attorneys with responsibility for this case, including litigation deadlines and other matters that could not lawfully be attended to during the lapse in appropriations. For example, Brian J. Springer, one of the attorneys with principal responsibility for this matter, also has primary responsibility for the following matters with upcoming deadlines: *New York v. Trump*, Nos. 25-1236, 25-1413 (1st Cir.) (oral argument scheduled Nov. 18, 2025); *Airlines for America v. Department of Transportation*, Nos. 24-60231, 24-60373 (5th Cir.) (en banc brief due Dec. 3, 2025); *Hicks v. Commissioner of Social Security*, No. 24-5946 (6th Cir.) (oral argument scheduled Dec. 10, 2025); *U.S. Sportsmen's Alliance v. Centers for Disease Control and Prevention*, No. 25-1473 (6th Cir.) (oral argument scheduled Dec. 11, 2025).

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the government respectfully requests that the Court reset the reply brief deadline to December 19, 2025.

Sincerely,

Daniel Tenny
Sean R. Janda

*/s/ Brian J. Springer*
Brian J. Springer

cc:   All counsel (via CM/ECF)